> **Motion GRANTED. Plea hearing reset for 8/3/12 at 4:00 p.m.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00082 |
| ) | JUDGE TRAUGER |
| GARY C. HUTCHESON ) | |

## MOTION TO RESCHEDULE PLEA HEARING

The defendant, Gary Hutcheson, through undersigned counsel, hereby respectfully requests that this Court reschedule the plea hearing that is currently set for Friday, August 3, 2012, at 1:30 p.m. Undersigned counsel has a previously scheduled sentencing hearing set before Judge Sharp in the case of *United States v. Joel Sebastian-Francisco*, that is also set on August 3, 2012, at 1:30 p.m. Counsel anticipates that the sentencing hearing in that case may last approximately one hour. Undersigned counsel has conferred with Assistant United States Attorney Darryl Stewart and he has indicated that the government is available at any time on August 3, 2012, to conduct the plea hearing.

WHEREFORE, counsel respectfully requests that the Court set the plea hearing for the morning of August 3 or at 3:00 p.m. or later on August 3, 2012, if it is convenient for this Court. Otherwise, counsel would respectfully request that the Court set the plea hearing on a different date.

Respectfully submitted,

   s/ *R. David Baker*
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Gary C. Hutcheson