Motion GRANTED. Sentencing reset to 12/12/12 at 3:30 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00082 |
| | ) | JUDGE TRAUGER |
| GARY C. HUTCHESON | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The defendant, Gary Hutcheson, through undersigned counsel, hereby moves this Court for an order continuing the sentencing hearing that is presently set for Friday, November 16, 2012, at 2:30 p.m., for approximately thirty (30) days. The defendant requests this continuance because counsel needs additional time to complete the process of obtaining records and information relating to Mr. Hutcheson's mental health issues. The process is nearly complete but undersigned counsel needs a short continuance in order to complete his investigation into this information and counsel believes that this process may result in the acquisition of mitigating evidence that will be presented on behalf of the defendant at the sentencing hearing.

Undersigned counsel has consulted with Assistant United States Attorney Darryl A. Stewart and he has indicated that the government is not opposed to the requested continuance.

WHEREFORE, it is respectfully requested that this Court continue the sentencing hearing for approximately thirty (30) days.

Respectfully submitted,

   s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Gary C. Hutcheson