> **Motion GRANTED. Hearing reset for 1/17/13 at 10:00 a.m.**
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00082 |
| | ) JUDGE TRAUGER |
| GARY C. HUTCHESON | ) |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Gary Hutcheson, through undersigned counsel, hereby moves this Court for an order continuing the sentencing hearing that is presently set for Wednesday, December 12, 2012, at 3:30 p.m., for approximately thirty (30) days. The defendant requests this continuance because he was hospitalized from December 4 through December 8, 2012, because he is suffering from a perforated lower intestine. This is a quite painful condition and although he has been released from the hospital, he is still quite ill and is in no condition to conduct the sentencing hearing at this time. Mr. Hutcheson expects to recover in the near future and should be able to conduct this sentencing hearing at a time and date that is convenient for this Court in January, 2013.

Undersigned counsel has consulted with Assistant United States Attorney Darryl A. Stewart and he has indicated that the government is not opposed to the requested continuance.

WHEREFORE, it is respectfully requested that this Court continue the sentencing hearing for approximately thirty (30) days.

Respectfully submitted,

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Gary C. Hutcheson